IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

**FILED**

JAN 1 0 2012

TIMOTHY M. O'BRIEN, Clerk

By_____ Deputy

Brad J Mullenix )
)
2018 Tennessee st. )
)
Lawrence Kansas 66046-2966 )
(Enter above the full name of Plaintiff(s)) )
)
vs. )
)
University of Kansas )  Case Number: _12-2032 - SAC-KGS_
Name )  (To be assigned by Clerk)
)
1532 Lilac Lane )
Street and number )
)
Lawrence Kansas 66044-3128 )
City     State     Zip Code )

(Enter above the full name and address of
Defendant in this action - list the name and address
of any additional Defendants on the back side of
this sheet.)

## EMPLOYMENT DISCRIMINATION COMPLAINT

1. This employment discrimination lawsuit is based on (check only those that apply):

   _____ Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §§ 2000e, *et seq.*, for employment discrimination on the basis of race, color, religion, gender, or national origin.
   **NOTE**: *In order to bring suit in federal district court under Title VII, you must first obtain a right-to-sue letter from the Equal Employment Opportunity Commission.*

   _____ Age Discrimination in Employment Act of 1967, as amended, 29 U.S.C. §§ 621, *et seq.*, for employment discrimination on the basis of age (age 40 or older).
   **NOTE**: *In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file charges with the Equal Employment Opportunity Commission.*

   _____ American with Disabilities Act of 1990, as amended, 42 U.S.C. §§ 12101, *et seq.*,

1

for employment discrimination on the basis of disability.
**NOTE**: *In order to bring suit in federal district court under the American with Disabilities Act, you must first obtain a right-to-sue letter from the Equal Employment Opportunity Commission.*

✓ Other (Describe)
Harassment/Retaliation  EEOC Charge # 28D-2011-00418 FEPA charge no. 34550-11

2. If you are claiming that the discriminatory conduct occurred at a different location than the address provided for Defendant, please provide the following information:
Dole Inst of Politics  2350 Petefish Drive 66045-7555
(Street Address) (City/County) (State) (Zip Code)

3. When did the discrimination occur? Please give the date or time period:
fri Dec 18th 2009 and Fri Dec17th 2010 @ Facilities Operations Christmas parties

## ADMINISTRATIVE PROCEDURES

4. Did you file a charge of discrimination against Defendant(s) with the Kansas State Division of Human Rights or the Kansas State Commission on Human Rights?
   ✓ Yes   Date filed: March 08, 2011
   ___ No

5. Did you file a charge of discrimination against Defendant(s) with the Equal Employment Opportunity Commission or other federal agency?
   ✓ Yes   Date filed: March 08, 2011
   ___ No

6. Have you received a Notice of Right-to-Sue Letter?
   ✓ Yes ___ No
   If yes, please attach a copy of the letter to this complaint.

7. If you are claiming *age discrimination*, check one of the following:
   ___ 60 days or more have passed since I filed my charge of age discrimination with the Equal Employment Opportunity Commission.
   ___ fewer than 60 days have passed since I filed my charge of age discrimination with the Equal Employment Opportunity Commission.

2

## NATURE OF THE CASE

8. The conduct complained of in this lawsuit involves (check only those that apply):
   \_\_\_\_ failure to hire me
   \_\_\_\_ termination of my employment
   \_\_\_\_ failure to promote me
   \_\_\_\_ failure to accommodate my disability
   \_\_\_\_ terms and conditions of my employment differ from those of similar employees
   _✓_ retaliation
   _✓_ harassment
   \_\_\_\_ reduction in wages
   \_\_\_\_ other conduct (specify):

   Did you complain about this same conduct in your charge of discrimination?
   _✓_ Yes   \_\_\_\_ No

9. I believe that I was discriminated against because of (check all that apply):
   \_\_\_\_ my race or color, which is _____
   \_\_\_\_ my religion, which is _____
   \_\_\_\_ my national origin, which is _____
   \_\_\_\_ my gender, which is \_\_\_\_\_ male; \_\_\_\_\_ female
   \_\_\_\_ my disability or perceived disability, which is _____
   \_\_\_\_ my age (my birth date is: _____ )
   _✓_ other: sexual harassment/hostile work environment as retaliation

   Did you state the same reason(s) in your charge of discrimination?
   _✓_ Yes   \_\_\_\_ No

10. State here, as briefly and clearly as possible, the essential facts of your claim. Describe specifically the conduct that you believe is discriminatory and describe how each defendant is involved in the conduct. Take time to organize your statement; you may use numbered paragraphs if you find it helpful. It is not necessary to make legal arguments, or to cite cases or statutes.

    Hostile work environment was created in an attempt to extract me from my job at KU. They want me to quit. Other attempts have failed, so they moved on to anything they believed would work. Male on male sexual harassment is pretty low. Hank Louisa had no sexual interest in me, it was about psychological damage that could be inflicted. I believe I can prove there was malicous wrong doing by my employer in a discustingly dispicable manner. An audio recording of a conversation on Dec 20,2010 is the crux of my case. Retaliation is from previous filings of harassment charges with KHRC/EEOC. I was told by shift manager and assistant director that I am a "trouble maker"

3

(Attach additional sheets as necessary).

11. The acts set forth in paragraph 10 of this complaint:
    \_\_\_\_ are still being committed by Defendant.
    \_\_\_\_ are no longer being committed by Defendant.
    ✓ may still be being committed by Defendant.

12. Plaintiff:
    ✓ still works for Defendant
    \_\_\_\_ no longer works for Defendant or was not hired

13. If this is a *disability-related claim*, did Defendant deny a request for a reasonable accommodation?
    \_\_\_\_ Yes   \_\_\_\_ No
    Explain: _____

## REQUEST FOR RELIEF

As relief from the allegations of discrimination as stated above, Plaintiff prays that the court grant the following relief to Plaintiff: (check any and all that apply)

\_\_\_\_ Defendant be directed to employ Plaintiff
\_\_\_\_ Defendant be directed to re-employ Plaintiff
\_\_\_\_ Defendant be directed to promote Plaintiff
\_\_\_\_ Defendant be directed to _____
\_\_\_\_ Injunctive relief (please explain): _____
\_\_\_\_ Monetary damages (please explain): _____
✓ Costs and fees involved in litigating this case
✓ As additional relief to make Plaintiff whole, Plaintiff seeks: _____

and such other relief as may be appropriate, including attorney's fees, if applicable.

Signed this \_\_9th\_\_ day of _____January_____, 2012

*/s/ Brad J Mullenix*
Signature of Plaintiff
Brad J Mullenix
Name (Print or Type)
2018 Tennessee st.
Address
Lawrence Kansas 66046-2966
City State Zip Code
785-766-2578
Telephone Number

4

## DESIGNATION OF PLACE OF TRIAL

Plaintiff designates ( ~~Wichita~~, (Kansas City) or ☐ Topeka ), Kansas as the location for the trial in this matter. (check one location)

_____
Signature of Plaintiff

## REQUEST FOR TRIAL BY JURY

Plaintiff requests trial by jury  ☐ yes  ☑ no
(check one)

_____
Signature of Plaintiff

Dated: __Jan 09, 2012__
(Rev. 8/07)

5

## Additional Information

As the University of Kansas casts a long shadow here in the sunflower state, I would like to get another district like St. Louis or some other district court. The cult like status state wide makes it very difficult for even the best of cases against them to get a fair result. I would like a Missouri venue.

## DISMISSAL AND NOTICE OF RIGHTS

| To: | Brad J. Mullenix<br>2018 Tennessee St.<br>Lawrence, KS 66046 | From: | St. Louis District Office<br>Robert A. Young Bldg<br>1222 Spruce St, Rm 8.100<br>Saint Louis, MO 63103 |
|---|---|---|---|

[ ] On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))

| EEOC Charge No | EEOC Representative | Telephone No |
|---|---|---|
| 28D-2011-00418 | Joseph J. Wilson,<br>Investigator | (314) 539-7816 |

### THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:

[ ] The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ] Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

[ ] The Respondent employs less than the required number of employees or is not otherwise covered by the statutes

[ ] Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

[ ] The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[X] The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ] Other (briefly state)

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

*Joseph J. Wilson*
James R. Neely, Jr.,
Director

October 13, 2011
*(Date Mailed)*

Enclosure(s)

cc: Sara L. Trower
Associate General Counsel
THE UNIVERSITY OF KANSAS
1450 Jayhawk Blvd., 245 Strong Hall
Lawrence, KS 66045