IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

BRAD J. MULLENIX,

                Plaintiff,

vs.                            Case No. 12-2032-SAC

UNIVERSITY OF KANSAS,

                Defendant.

## MINUTE ORDER

BY THE DIRECTION OF THE HONORABLE SAM A. CROW, U.S. DISTRICT SENIOR JUDGE:

   Judge Crow recuses himself and orders that this case be returned to the Clerk, U.S. District Court, for reassignment pursuant to D.Kan. Rule 40.1.

     Dated this 19th day of January, 2012, at Topeka, Kansas.

                                    TIMOTHY M. O'BRIEN, CLERK

                                    By s/ Brenda M. Wessel
                                         Brenda M. Wessel, Deputy