IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

BRAD J. MULLENIX,
           Plaintiff,

vs.                                                  Case No.  12-2032-JAR

UNIVERSITY OF KANSAS,
           Defendant.

## MINUTE ORDER

BY THE DIRECTION OF THE HONORABLE JULIE A. ROBINSON, U.S. DISTRICT JUDGE:

   Judge Robinson recuses herself and orders that this case be returned to the Clerk, U.S. District Court, for reassignment pursuant to D.Kan. Rule 40.1.

     Dated this 23rd day of January, 2012, at Topeka, Kansas.

                                               TIMOTHY M. O'BRIEN, CLERK

                                               By s/ Pamela S. Patton
                                                   Pamela S. Patton, Deputy