# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

V.                                                      CASE NO.

## MINUTE ORDER

BY THE DIRECTION AND WITH THE APPROVAL OF JOHN W. LUNGSTRUM, CHIEF JUDGE:

IT IS ORDERED that this case be reassigned from the Honorable _____

_____ to the Honorable _____ _____

for all further proceedings. It should be noted that with the reassignment of the case to

_____ the case number is changed to _____.

RALPH L. DELOACH, CLERK

_____
DEPUTY CLERK